1010

**CENTRAL REPUBLIC BANK & TRUST CO. et al., Appellants, v. Robert B. CALDWELL, Trustee, etc., et al.**

**No. 9746.**

Circuit Court of Appeals, Eighth Circuit.
July 24, 1933.

Louis S. Hardin and Frank B. Black, both of Chicago, Ill., and Charles W. German, of Kansas City, Mo., for appellants.

Maurice H. Winger, P. E. Reeder, Frank P. Barker, and Leland Hazard, all of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellants, on motion of appellants and stipulation of parties.

**CHICAGO FIRE & MARINE INSURANCE CO., Appellant, v. HYDE PARK CON-GREGATIONAL CHURCH.**

**No. 9795.**

Circuit Court of Appeals, Eighth Circuit.
Sept. 5, 1933.

George C. Willson, of St. Louis, Mo., for appellant.

William Hilkerbaumer and John C. Robertson, both of St. Louis, Mo., for appellee.

PER CURIAM.

Reversed, at costs of appellant pursuant to stipulation of parties.

**CHIN JEUNG v. UNITED STATES of America.**

**No. 7277.**

Circuit Court of Appeals, Ninth Circuit.
Sept. 11, 1933.

Edward H. Chavelle, of Seattle, Wash., for appellant.

Anthony Savage, U. S. Atty., of Seattle, Wash.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee, ordered appeal dismissed for failure of appellant to file record and docket cause; mandate forthwith.

**CLEVELAND, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY CO., Appellant, v. MILNE LUMBER CO.**

**No. 9813.**

Circuit Court of Appeals, Eighth Circuit.
Aug. 21, 1933.

Wilton D. Chapman, of St. Louis, Mo., for appellant.

Anderson, Gilbert & Wolfort, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, with prejudice, at costs of appellant, but without taxation of attorney fee, pursuant to stipulation of parties.